■ OLGA KNOPE, Respondent, v GERARD S. KNOPE, Appellant. [907 NYS2d 891]—Appeal from a decision (denominated deci-

sion and order) of the Supreme Court, Monroe County (Philip B. Dattilo, Jr., R.), entered February 5, 2009 in a divorce action. The decision, inter alia, provided that plaintiff is entitled to an award of maintenance and counsel fees.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Kuhn v Kuhn*, 129 AD2d 967 [1987]). Present—Smith, J.P., Fahey, Sconiers, Pine and Gorski, JJ.